IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT HINES, as Personal Representative of the Estate of Zha'Corbe Ky'Breun Reaves,**

    **Plaintiff,**

v.                                              Case No. 4:23-cv-509-AW-MAF

**VALERIE JONES, et al.,**

    **Defendants.**

_____/

## JUDGMENT

This case was resolved on motions to dismiss. Plaintiff's § 1983 claims (Counts I through XVII) are dismissed on the merits. The court declines jurisdiction over Plaintiff's state claims (Counts XVIII through XXV), which are dismissed without prejudice.

                                                        JESSICA J. LYUBLANOVITS
                                                        CLERK OF COURT

<u>July 5, 2024</u>                                           s/ KELLI MALU
Date                                                    Deputy Clerk: Kelli Malu